PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-po-00163-SAB |
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL |
| PATRICK K. YOUNG, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss this case, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: October 30, 2024                    Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By:   /s/ *Jeffrey A. Spivak*
      JEFFREY A. SPIVAK
      Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that this case dismissed, without prejudice, in the interest of justice. The warrant in this case is RECALLED.

IT IS SO ORDERED.

Dated: **October 30, 2024**      /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE